No. 92–5815.  RAGSDALE v. RICHLAND COUNTY DETENTION CENTER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–5816.  MILLER v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 92–5817.  MASON v. MUNICIPAL CORPORATION OF CALIFORNIA ET AL.  App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 92–5826.  STANSBURY v. REDMAN, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–5827.  OLIVEROS v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 92–5830.  HUFFSMITH v. UNITED STATES DEPARTMENT OF JUSTICE.  C. A. 3d Cir.  Certiorari denied.

No. 92–5832.  BEASLEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–5833.  CARLISLE v. GRADICK ET AL.  C. A. 11th Cir. Certiorari denied.

No. 92–5836.  SANDERS v. BORG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–5840.  ENNIS v. POWERS, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 92–5851.  WOMBLE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–5856.  HAWKINS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 92–5864.  LUCE v. MORRIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–5874.  GALLOWAY v. BORG, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 92–5880.  BOUT v. DEPARTMENT OF CORRECTIONS.  Ct. App. Mich.  Certiorari denied.